# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

SEAN SHALLOW
PRO SE LITIGANT
49 CROWN STREET 18H
BROOKLYN, NY 11225
(201) 875-0777

**CV 12    4956**

**AMON, CH.J.**

-----------------------------------------------------------------X

SEAN S. SHALLOW

    Plaintiff/Petitioner(s),

    -against-

NEW YORK STATE & CITY HUMAN RIGHTS COMMISSION
& HEALTH & HUMAN SERVICES,
NEW JERSEY STATE HEALTH & HUMAN SERVICE &
HUMAN RIGHTS COMMISSION
ARIZONA HEALTH & HUMAN SERVICES
DEPARTMENT OF DEFENSE/(CID)
NEW YORK POLICE DEPARTMENT,
SAN FRANSICO HEALTH & HUMAN SERVICE
NY, AZ, NJ & SAN FRANCISCO US MARSHALS
SYLVIA SHALLOW, OFFICE OF CIVIL RIGHTS,
LABOR DEPARTMENT, CARLA SHALLOW
DEPARTMENT OF HEALTH HUMAN SERVICES
WASHINGTON DC & HUMAN RIGHTS COMMISSION

**COMPLAINT**
**PLAINTIFF DEMAND JURY TRIAL**



RECEIVED
DEC 31 2012
PRO SE OFFICE

    Defendant/Respondent(s)
-----------------------------------------------------------------X

## The Jurisdiction of this court is invoked pursuant to Statures:

28 U.S.C. § 1331, 28 USC. § 1332, 28 U.S.C.1367, ADA of 1990, as codified 42 USC, Title VII Civil Right Act of 1964, Title VII Civil Right Act of 1991, (NYSHRL) & (NYCHRL), FOIA, American With Disability Act sec 12112 (d) (4), 42 U.S.C. § 12203 SEC (503), 42 USC. § 1981a, 28 USC. § 1332, 42 U.S.C. § 12202 SEC 502, 28 U.S.C. § 1331, 28 U.S.C. § 1367, 42 USC § 1985 SEC (2)(3),42 USC § 1983,(RFRA) 42 U.S.C. § 2000bb through 42 U.S.C. § 2000bb-4 (Violation of 1st, 4th, 5th, 6th, & 14th amendment rights & Slander/Libel) (Per Se allegation or Imputations of criminal activity & loathsome disease)

**Statement Why each defendant is being sued:** Sylvia Shallow & Carla Shallow are being sued because without my authority made deals and accepted money to settle cases for employment discrimination, sexual harassment, sexual assault & deformation excessive force used by NYPD & DOD CID and assist U S agencies in helping to intimidate me in settling off the books so they can get 14-20 thousand dollars. The other defendants DOD (CID), NYPD, US MARSHALS, LABOR DEPARTMENT & HUMAN RIGHTS COMMISSIONS ARE BEING SUED FOR Retaliation (b) Interference, coercion, or intimidation, violation of 1st, 4th, 5th, 6th, & 14th amendment rights & Slander/Libel) (Per Se allegation or Imputations of criminal activity & loathsome disease see(case #

second circuit 12-4229cv & ninth circuit 12-16226cv) I have no disease tested for HIV, Syphilis, herpes, hepatitis ABC & GC/ Chlamydia February 2008-December 2012 all negative and I'm Immune to Hepatitis B S ab. nor did I commit any crimes. But since 2008-present in three states NY, AZ, NJ and foreign country Dominican Republic, Columbia & Trinidad 28 USC. § 1332I've been subjected to violation of federal state & city laws by U S agencies personnel **42 U.S.C. § 12202 SEC 502.**

# COMPLAINT

While employed at 72nd street medical associates I was subjected to sexual harassment and discrimination based on the fact I was perceived homosexual by my employers. Two male employees for the x ray department quit when I got hired "John Doe Hispanic male about 5 7 in height 200lb stated I don't know what's happening to this place. I was then subjected to unwanted touching in my lower back top of my ass by a quest diagnostic driver in 2007 who knew me from when I worked at quest diagnostic and was subjected to a male employee touching my leg and calling me homo phobic. I needed my job and knew from my past experience that if I complaint I could be targeted and let go, so I told the quest driver to watch his (vile language) hands.

Mr. Sterling was then hired as the supervisor for the lab, I was told by Camille Frederick who I was secretly having a sexual relationship with until December 2007. Mr. Sterling a little while after stating to work at 72nd street medical was very touchy feely I express that I didn't like the overly touch and started avoiding being too close to him, because he made it look like it was just me and everyone else he touch was cool with it.

Mr. Sterling would then come into my work station in the back away from the public; and try to show me little things on the computer that were unnecessary to getting my job done. He will grab or cuff his hands over my hands while it was still on the mouse accessing the computer. Mr. Sterling did this about four times in duration of a few months. I again expressed that I didn't like the touching. I was then being approach I was then on Fulton Avenue in Brooklyn walk out of a store heading to my car when I saw Mr. Sterling walking towards my car and heading coming to me I quickly open my car door and pulled off, At work Mr. Sterling and I didn't have any kind of friendship for him to be attempting to approach me or speak to me away from work. **(See Meritor Saving Bank V. Vinson 477 U.S. 57 (1986) Executive Order No.19 entitled "New York State Policy Statement on Sexual Harassment in the Workplace," sexual harassment is any unwelcome sexual advance**

In December 2007 I broke off the affair I was having with Camille Frederick. In January 2008 she started calling me and threatening me leaving messages on my phone that I was a stupid nigga and she will get me. I even played one of the messages for Michael the new x ray tech who told me I should of let her think she broke it off. She then made a statement that I was gay because I try to have anal sex with her and it took me a while to ejaculate. I guess Mr. Sterling Camille Frederick buddy decided or maybe felt that there was some truth to that statement. Approximately end of January early February Mr. Sterling while I was on the phone pass and touch my penis (grope / cop a feel/ got a hand full **penal code 130 Title 8 - CIVIL RIGHTS § 8-107.1&2 victims of Sex Offenses )** he didn't say anything just looked at my face and continued walking in an expeditious manner. **Sexual harassment can be male against male (See Oncale V. Sundowner offshore Services 523 U.S. 75 (1998). Section 703 of Title VII of the Civil Rights Act of 1964, as amended, and the New York State Human Rights Law.** The Civil Rights Act Law of 1991 makes

additional provisions for victims of sexual harassment Executive Order No.19 entitled "New York State Policy. The Department of Labor also complies with the Workforce Investment Act of 1998, which prohibits discrimination on the basis of sex & sexual harassment is a form of employee misconduct.

The work environment became extremely hostile. I went upstairs to the boss Dr. Richard Scofield and attempted to complained, halfway into the complaint he stated that he didn't want to hear it; I attempted to continue he spoke with a more forceful voice I don't want to hear it.
February 2008 approximately a week after I complaint to Dr. Scofield, Camille Frederick started accusing me of having and STD she used my anatomy a normal & congenital Benign papules penis which was explain to her and she had no problem with it until I stop seeing her, when that didn't work she "stated that I said I have HIV". *(this type of behavior is prohibited) see 42 U.S.C. § 12203 SEC (503) (a), N.Y.LAB. LAW § 740 : NY Code Sec. 740 Retaliatory action by employers Deformation slander/libel Per Se (allegation of loathsome disease tort)*.

At this time I was approach by one of the patient Johnny Doe who only came to me to get his blood work a Caucasian middle age male about 5 9 - 6ft in height he asked me are you going to be here next week I answered yes he said then next week we'll do my blood work. He was due for his PT INR but didn't get it done. I then had to go to Dr. Weitzman and get a physical examination he examine my penis and said to me that's normal it's (enlarge glands BENIGN PAPULES PENIS WHICH IS NORMAL AND CONGENITAL) and kissed his teeth. He attempted to do a rectal exam of my prostate but I couldn't let him stick his finger up my rectum I couldn't relax. He then took me to his office and asks me for a HIV test, my blood was already drawn but he elected to try and send my blood for lab testing to NY Presbyterian hospital. This was a clear violation of the statures *See 42 U.S.C. § 12203 SEC (503) N.Y. Exec. Law. 296 (1) (a, b, c, d) NYSHRL. Title 8 - CIVIL RIGHTS § 8-107.1&2 victims of Sex Offenses or Stalking and clear retaliation for complaining as a protected class African American male under Title VII Civil Right Act 1964 & amended 1991.* I had just received a $600.00 bill from NY Presbyterian and didn't want to get any more bills; I think the lab of choice was quest at that time for my insurance. I told Dr. Weitzman that I would go get tested on my own and the blood was toss in the sharps container. I then went to the Department of Health in Brooklyn New York Ft Green and got tested for a battery of test to include HIV, Syphilis, GC/Chlamydia they did their standard rapid swab test FDA approved. I call Mr. Sterling the supervisor and let him know I was going to be late because I was having the HIV test they wanted perform. I then took my negative results to Dr. Weitzman but had to wait two weeks for the result of the STD test they perform. When the two week time came around it was a Thursday in March I was harass all day at work for the results; I stated that the department of health open late on Thursday and I will go after work. I received the negative result from the STD test performed by the department of health and submitted it to Dr. Weitzman. I was told we didn't think you were coming back by Mr. Sterling.

In March Mr. Sterling screamed at me in the evening for taking a shot at the garbage with a piece of paper and missed, he said I always do that and don't do it again I said ok, and left for the day. When I return to work he confronted me again and said he wanted to talk I ask him pertaining to what he said about what happen yesterday, I said I heard him not to toss paper at the garbage again. He raised his voice and scream I want to talk about it, I said to him why you're always screaming at me, he then stated that I was fired. I went upstairs to Dr. Scofield he said I have to go with Mr. Sterling decision. I was fired for complaining as a protected class African American male under *Title VII Civil Right Act 1964 & Amended 1991 then subjected to discrimination under ADA & the employer is liable for the*

*supervisor behavior See BURLINGTON N. & S. F. R. CO. v. WHITE (No. 05-259) 364 F. 3d 789, affirmed. Faragher v. City of Boca Raton, 524 U.S. 775 (1998), and Burlington Industries, Inc. v. Ellerth, 524 U.S. 742 (1998), DESERT PALACE, INC. V. COSTA (02-679) 539 U.S. 90 (2003) 299 F.3d 838, affirmed.*

I ask why I was being fired he said I guess maybe insubordination(the labor depart ruled in my favor). I was never written up or had any disciplinary action, I was just given a Christmas check bonus, a tiffany money clip and a watch from a patient. I was also the person that all the VIP patients came to

for blood work I.E. Ex- Mayor of NY, Ex - TV Anchor Personnel and Movie Stars. I was also ask to train a new employee who they fired after two days, she was trained by Camille when I decline, because my way of teaching is the way I learned, I show you once then it's up to you. I was also being asked by Camille Frederick to assist Mr. Sterling with the chemistry testing because for a period of time all the specimens he ran the results were inaccurate, but that's out of my scope of practice. Although Eva Massy the supervisor that resign had Camille and myself thought to run the instruments and we help out in the lab after all our duties where done. Above and beyond what I was hired to do. I REPORTED THIS TO THE LABOR DEPARTMENT which has a (department of health and safety) & Labor department ruled in my favor for unemployment). I was then put under investigation by third party United States agencies (New York City & or State Human rights commission & or Labor Department). The two temp agencies I work for after refused to give me work. I ended up on unemployment then went and work for a lab I worked for in my past analytical but my food was being tampered with. The woman who was placed in my life that begged me to marry her Tatiana Thamm who stated she couldn't be finger printed, while in the apartment brought the whole incident up without me telling her anything about it , I ask her to go and get tested for a battery of test at the doctor she never answer, but instead put stuff in my food to make me ill at work Analytical labs I was directed not to go to the emergency room and to try and get back to the lab even though I was throwing up and had diarrhea, instead the boss ask me just for a lav. Tube under the orders of the U S agency personnel because they got serum blood from an incident I had on the job recently. (while in NJ 2011 I had an African American female Janie Doe wearing a correction officer uniform in Hudson county JV facility a stranger I had never met before while sitting and waiting to go in the reason will is to have me luck in the medical department so they can search my car illegally; stated that I should sue Analytical for prolong medical assistance). A few weeks later I quit Analytical labs in 2008. I was still under investigation. *See 336 F.3d 1181: Brenda Brown, Plaintiff-appellant, v. City of Tucson 42 USC 1985 (3) Depriving persons of rights or privileges, 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment see Monroe v. Pape, 365 U.S. 167, 81 S. Ct. 473, 5 L. Ed. 2d 492 (1961).*

November 23rd 2008 I was told by officer Joseph Cortes not to move my car parked on Nostrand avenue he cross the street and wrote me a ticket I saw that it was for $165.00 and said this is vile language bull shit it's normally $115.00 he ask to see my ID but I didn't have it on me so he said he is taking me in to be identify even though his partner continually told him hey that's the guy on the poster, he then turn me around in a vigorous manner and put the cuff on me I told him I could have a family member bring my ID but in insisted and in a very angrily manner push me from shoulder into the back of the cop car the force he push down with cause my back to pop from a chronic back injury, I started screaming in pain but he refused to help me all he stated was I didn't touch him I explain but not until we reach the 79 precinct did his partner call for an ambulance they grab my foot and pulled me out the ambulance, I was then taken to the hospital and given a shot then another shot, x ray and taken back to the precinct but couldn't walk I had to be carried by the two cops into the cell the

morphine made it worst I was release on R&R then an offer to have the case seal after 6 months was issued and accepted. **Excessive force, force should be used in only the minimum amount needed to achieve a legitimate purpose and excessive force is also a direct violation of the Fifth and Fourteenth Amendments of the U.S Constitution regarding cruelty and protection of the laws**. A complain was made by unknown person and the paper work sent to me to follow up, an investigator call me and we discuss the incident she told me that they wouldn't be dealing with the case and another department would do the investigation. I started having cop cars follow me around, approximately 1 month later I even got pulled over by two Caucasian Detective that show me a pic a fifteen year old Hispanic girl and try to convince me that a twenty eight year old Asian woman that was with me look like a teenager they ask me if I was drinking I answered no detective John Doe 1 a Caucasian male about 6 ft. 190lbs dress in slacks and shirt then stated you know I could get a rookie over here to hassle you. **42 USC § 1985 Conspiracy to interfere with civil rights See Graham v. Connor, 109 S. Ct. 1865, 1871 (1989)**.e


I was employee by Enzo labs in April of 2009 and after being evaluated by a few staff members for a few weeks, one being Cornelius a client rep who picked me up in his auto mobile and took me to a patient house to do a routine house call for a test call PT INR, which require one blue top tube and what we will consider as a phlebotomist consider a somewhat difficult stick. I obtain the patient blood without any problems and only one stock the patient once per draw. I was also told by another client rep Caucasian male approximately 190lbs about 5 9 in height John Doe that I was the best phlebotomist that work in the stat lab. I was then left to run the Patient service center alone and the relationship with Chato Luna was fine. We even drank coffee together she bought one can of the coffee and I bought the other because she stated she likes to mix the flavor the coffee turn out better. Approximately two- three weeks into my employment at Enzo Clinical Labs one of the instruments was not working and Chato Luna call for it to be repair, the person that showed up is the same repairman about 5 10 in height 165- 180 lbs. African American male in his late thirties, John Doe 1 knew me from 72nd street medical and was somewhat friendly with Sterling Johnson. That day he told Chato Luna about the incident at 72nd street medical and she call sterling Johnson (72nd street Medical associates) and had a conversation with him or *(acted like she did to hide the fact that she and others were U S agency investigator)*. After that day Chato started discriminating against me.  Because of the incident and heinous lie that was told by Camille Frederick Goode that I said I had HIV. Chato now demanded that I wear glove to hand her specimens and anything else, she only came to my station in the evening after I cleaned and she wore gloves. In an area that we're not supposed to wear glove as per the job standard of procedure manual. She didn't require Maria the Hispanic girl that work there and trained me to do the same. *(A clear violation of ADA 12102 (1) (c). 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment see336 F.3d 1181: Brenda Brown, Plaintiff-appellant, v. City of Tucson*

Chato Luna even went as far a saying I have T B because I cleared my throat in the bath room after eating even though my all my T b test are negative . Deformation slander/libel tort Bowie the stat driver ask me a few times in June 2009 repeatedly if I was taking HIV medication I had to give him one of the fat burner pills I was taking and one of the Flomax pill that was prescribe by Dr. Weitzman. The other stat drivers one Caucasian male 5 7 in height about 180lbs john doe 3 he was in the military he stated work there for a short period of time and another driver African American name Wesley and a few others stat drivers refused to use the same pen I used to sign the log for the specimens and refused to touch the log or take the copy that was required by the company policies to keep track of the specimen that were pick up.  For the duration of my employment at Enzo lab.  *(A clear violation*

*of ADA 12102 (1) (c). 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment see336 F.3d 1181: Brenda Brown, Plaintiff-appellant, v. City of Tucson*

Wanda Sanchez a client rep for Enzo clinical Labs for the duration of my employment constantly ask me for my blood to test it, I answered that I don't have insurance and don't want a bill she stated that" she will take care of it". I told her I will check with Robin Pratt my supervisor to make sure because I had a few bad experiences. After checking with Robin Pratt and being tired of her constant asking I told her after I get my insurance, I will let her have my blood. One week after I received my insurance card Wanda Sanchez, Robin Pratt, Chato Luna and myself was in the stat lab, Wanda Sanchez ask me again so I sat in the chair to have my blood drawn fearful that if I don't submit I will lose my job. In August 2009 Wanda Sanchez prepared to take my blood with needle in hand she said to me I will take it but you send it out and order the test. I said to her I don't have a doctor's order and she wanted it to test it and I thought she would take care of it. She stops and my blood wasn't drawn *(a clear violation of ADA 12112 (4) (a). 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment see336 F.3d 1181: Brenda Brown, Plaintiff-appellant, v. City of Tucson*

The harassment continued from Chato Luna I complaint to the acting supervisor while Robin Pratt was on vacation and was moved for a week to another Patient Service Center in Queens but was told by Robin Pratt to return to the stat lab, it was the position I was hired for. Back working at the Stat lab patient service center in Manhattan 9 blocks away from 72nd street medical associates In July 2009 a patient who claim to be a doctor Caucasian female look early thirties about 5 6 in height came into the patient service center to have her blood drawn and started a conversation with me about my HIV test, she stated her sister had a rapid HIV test and it was negative then did another one via blood from her vein and it was positive. She questions my HIV result methodology or rapid test that is FDA approved and given by the department of health and tried to tell me I should have another test. I didn't tell her how my last HIV test was perform via the department of health, the only people that knew of the methodology was 72nd street medical associate defendant and the department of health. Debbie Esposito (Chato Luna supervisor) Enzo Clinical Lab employee via a phone conversation also let me know that they were checking into my medical history with sunrise medical to get my past HIV result from 2004. *(a clear violation of ADA 12112 (4) (a). 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment see336 F.3d 1181: Brenda Brown, Plaintiff-appellant, v. City of Tucson*

I complained to the OCR Washington office via phone call about the HIPPA violation and the discrimination they told me they will send the paper work via mail. Fill it out and send it back. The harassment and discrimination and HIPPA violation continued, patients that came in the PSC will not give me there insurance cards in my hand to view the information, because it was told by the doctor's office via Chato Luna and the client reps. (any pimple or mark on my skin or fungus that was being put in my food broke me out by third party US Agencies was treated like I had a terminal disease and she will call the main lab and someone constantly came to observe and inspect my face and. Patient will also come in and talk about my medical history like my prostate and the BENIGN PAPULES PENIS WHICH IS NORMAL AND CONGENITAL. Under Title VII, discrimination can be demonstrated through evidence of either 'disparate treatment' or 'disparate impact.' To show 'disparate treatment,' the plaintiff is "required to prove that the defendant had a discriminatory intent or motive." *Watson v. Fort Worth Bank & Trust, 487 U.S. 977, 986, 108 S.Ct. 2777, 2784, 101 L.Ed.2d 827 (1988).* The only

people that knew about my anatomy were 72nd street medical associates. I complained to my Supervisor Robin Pratt via phone conversation and told her I was quitting and I had complained to the OCR that Wednesday in August 2009 she call me the night a implored me not to quit she will transfer me because she pick a person from the interviews for the stat lab . I return to work on the Thursday in August 2009 and Robin Pratt came in the stat lab in the evening and asked me for the key to the door and fired me. This was a clear violation of the statures *See Title VII Civil Right Act ,42 U.S.C. § 12203 SEC (503) N.Y. Exec. Law. 296 (1) (a, b, c, d) NYSHRL., N.Y.LAB. LAW § 740 : NY Code Sec. 740 Retaliatory action by employers Title 8 - CIVIL RIGHTS § 8-107 Unlawful discriminatory practices & In Frank v. Lawrence Union Free School District, the court has allowed an ADA case to proceed to trial on the "perceived disability*

I was still under investigation by third party United States agencies (New York City & or State human rights commission, Labor department who work in conjunction with the EEOC & US Marshals & or NYPD). The investigation continued September 2009 – April 2012 the third party U S agencies constantly tampered with my food, mood altering drugs and substance that cause me to have blood pouring out of my anus on a daily basis when I used the rest room. Fungus & or bacteria was put in the food I consume to break my face or lip out two days after I had sexual relation with a woman or substance to give me the cold, or cold like symptoms to try and trick me into going to see a doctor and getting tested a second time. Carla Shallow and Sylvia Shallow also insisted on cooking for me and help the third party U S agencies feed me these substances. My computer was tapped my phone was tapped my car was hot wired to overheat after I drove a certain distance. I drove to Ohio summer 2009 to meet a Caucasian female to spend the weekend and my car was over heated all the way there and back by the third party U S agencies personnel. Two white Caucasian male in a gas station came up to me and try to convince me that the head gas kit was going bad, the head gas kit on the car wasn't defective. *42 USC 1985 (3) Depriving persons of rights or privileges, 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment . 336 F.3d 1181: Brenda Brown, Plaintiff-appellant, v. City of Tucson*

In December 2009 I return from visiting Canada and when I entered into Canada I was alerted that during a back ground check an incident from the U S Army back in 1996 came up. I call the Department of Defense VA and made inquiries / complaint; I was then sent a letter explaining that the information and finger prints were deleted and expunged from the FBI system. So any action taken by the CID or any U S agency/law enforcement *is a violation of my fifth amendment right.*

April 2010 I moved to Arizona and resided at the villages at metro apartment complex where U S agencies personnel moved there to investigate me; the main person that be friend me was called Carl he wore a school ID with the name Quinton Robert a 6ft 2inches African American male who sole purpose was to hook me up with a guy, I even had one of his friends a Mexican male try to kiss me. May – June 2010 I was intentionally discriminated, harass and slander/libel. When I went to the grocery store strangers will be asking me about my penis & my health. In June 2010 I went to a Chinese restaurant and the utensil was toss out after I finish eating. I wasn't allow to wash in the laundry mat where I resided at the villages at metro and the machines were marked when I went and wash my clothes in the laundry mat elsewhere. My car had a cutoff switch installed by US agency / law enforcement personnel and they cut the engine off or heat it up at will, I was stranded at the side of the road or the engine was killed when they didn't want me to leave my residence, I was also being hassle for burning incents for my religious belief *42 USC 1985 (3) Depriving persons of rights or*

*privileges, 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 1st 8th & 14th amendment 42 U.S.C. § 2000bb through 42 U.S.C. § 2000bb-4 (336 F.3d 1181: Brenda Brown, Plaintiff-appellant, v. City of Tucson&Sherbert v. Verner, and Wisconsin v. Yoder*

I was employed by Aerotek staffing as a phlebotomist April 2012 sent to Concentra medical facility to have a drug screen and a T. B test all negative, I was then assign to work at May Hospital in Scottsdale Az. A week after working there I was sent to draw a patient's blood, a nurse Jane doe Caucasian female in her thirties about 5 6 in height 130-150lbs was also in the room at the same time she then started a conversation with the patient the topic was about my T.B results, her comment was "he (meaning me Sean Shallow) can be negative and die then they will find the disease in his lungs.

This was a clear violation of my HIPPA rights, the nurse Jane Doe Caucasian female in her thirties about 5 6 in height 130-150lbs shouldn't have access to my medical records, administrative safeguard of the HIPPA rules states employees should have access to health information as a need; to complete their job. The statement was believed by the patient John Doe Caucasian male because he ask me the next time, I went into his room to draw his blood "do you have a progressive cough". *The (nurse Jane Doe a Mayo clinic hospital employee or third party investigator) knowing the statement was false acted with actual malice and publication to a third party. Slander/libel per se imputation of loathsome disease.*

April 2010 while at work I was ask by a patient husband, or third party U S agency investigator John Doe Caucasian male about 5 10 – 6 feet in height about 190lbs "if I had a positive HIV test and a negative HIV test", his wife patient Jane Doe Caucasian female in about her late fifties r sixties was then removed from the room and I was not allow to draw her blood again.

Approximately May 3rd 2010 about 15 minutes before I left work I was told by a co-worker Jane Doe African American female about 160 lbs 5 8 in height about a HIPPA violation complaint I file, back in 2009 with the OCR, which stated that my negative HIV test methodology was question. I was then called by Meagan Mcillece from Aerotek staffing she told me "not to return to Mayo clinic Hospital". I then call imploring her for another position but was told by Meagan Mcillece "I have no other position for you". *I was discriminated (definition prejudiced or prejudicial outlook, action or treatment) against and let go for being perceived as having a disability / perceived as being HIV positive (definition an impairment that substantially limits one or more major life activities or being perceived as having such an impairment to include disease of the immune system(HIV). \The ADA makes conforming amendments conform the employment related provisions of the ADA with parallel provisions or the tittle of the civil rights act of 1964 the latter amendments changing the language of tittle 1 to provide that (no entity Mayo Hospital and Aerotek)shall discriminate against a qualified individual on the basis of (perceived) disability. ADA 1990 finding chapter 126 see 12101 congress finds that people who are regarded / perceived as having a disability also have been subjected to discrimination. The civil rights act of 1991, see Rohan v. Networks Presentations LLC*

In July I went to the Arizona department of health and human service to get tested I called Frank the investigator from OCR to let him know I was going to get tested for HIV, Syphilis, GC/ Chlamydia because he refused to accept my offer to set an appointment to be tested for any and every thing, Instead he just asked me if I wanted to tell my story. When I arrive at the Health Center the young lady that register me said to me not that rapid test bull shit so I agreed to be tested veer blood from my veins two tube of blood was drawn from my left hand and a sterile cup of urine was collected and a physical was performed, by a PA who ask the young lady who drew my blood if she had any resistance

when taking my blood she said no. All the results were negative but after I got tested Carl made it an issue to say that I should of gotten my blood drawn from my right hand and not my left and that I probable cheated and used someone else blood in my left arm vein. He also told me that this will not be a fair fight and that I would be block in every way, I was also made fun of for expecting mail from the OCR Carl stated you waiting for mail from the OCR and laugh. At the end of July early August I received mail from the OCR back dated but the stamp on the letter was dated after I had gotten tested informing me that they would except the complaint then sent me mail one week later saying that the case was closed because he ask the defendants and they stated that they didn't know what I was talking about. *__42 USC 1985 (3) Depriving persons of rights or privileges, 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment__*

Carla Shallow & Sylvia Shallow was flown out to Arizona by the third party U S agency investigators, when they arrive they bought me snacks that was tampered with fungus or bacteria that broke my face out. They were sent to help them negotiate and get me away from my apartment so the third party u s agency could search it to look for tapes of recording they think I have on them. Carla insisted on going shopping to nostrum rack, they stayed there all day, when we left the third party cut off my car in the road in attempt to get me to junk it and to give me another car as part of the settlement (Sylvia Shallow told me to let her buy me a car then corrected herself let me take another car out on my name for you I said no). Sylvia and Carla were also supposed to collect money and pay me to work at her baby daddy uncle store that she said they were going to buy. It was all a plan and deal made between Carla, Sylvia and the U S agency third party investigators. The only thing is that I didn't go for it and stayed in Arizona, I went and work for Mollen Immunization Clinic. *__42 USC 1985 (3) Depriving persons of rights or privileges, 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment see 336 F.3d 1181: Brenda Brown, Plaintiff-appellant, v. City of Tucson ...__*

August 2010 My first day at work for Mollen Immunization Clinic in a room with all the new employees Jane Doe 3 single me out after I had made the decision to accepted the offer to start working that day in the recruitment department, not the job I was originally told I was being hired for, She said to me "you threw a jelly bean and hit your co-worker (she was referring to the same supervisor that groped my penis at 72nd street medical associate) this was the second version, the first version was that I took crushed up paper and hit my co-worker all the time and I was warned but still continued to do it( this was the two fictitious version told to the labor department by 72ns street medical associate). I reply to her you mean took a shot at the garbage and missed clarifying the truth for her part of my complaint to the labor department. *__Slander/libel tort intentional false statement and acted with malice and publication to a third party__*

Incident 2

Approximately mid -day in the employee lunch room on the second floor, there were a number of people having lunch and socializing, when an African American young lady look to be in her mid-twenties sitting facing me without any cause or provocation from me; looked at me and said "you can say you didn't say that, pause "waited for my attention "you can say that you didn't say you have HIV", I was stun, I just sat there remembering how long that break felt after she made that comment, I didn't reply, it didn't warrant any response. *__Slander/libel tort intentional false statement and acted with malice and publication to a third party 42 U.S.C. § 12203 SEC (503__*

Incident 3

Same day after mid-day two female employees of Mollen Immunization clinic / U s agency third party investigators Jane Doe1 Caucasian female about 5 6 – 5 8 in height about 130lbs and Jane Doe2 Caucasian female about 5 5 in height 150lbs while I was passing to go to the rest room, they intentionally spoke loud enough, clear enough and Jane Doe1 even nodded her head to show reference that she was speaking about me. Jane Doe1 "he (meaning me Sean Shallow) will put everyone here at risk, we all can get sick". Jane Doe1 *made a false statement and acted with malice and publication to a third party Jane Doe2. Slander/libel intentional tort 42 U.S.C. § 12203 SEC (503*

Incident 4

In August 2010 while still working in the recruitment department approximately 9:30 am -10-30 am on the second floor Jane Doe 3 who was introduce as working for Mollen for years,/ third party U S agency investigator a Caucasian female about 125 lbs. about 5 5 – 5 6 in height look to be in her forties with a 1990 layer, big semi curls / wavy hair shoulder length, on this day she wore a tank top with print & casual slacks, and without any cause or provocation from myself she said to me clearly and loud enough with her head turned and looking at me (Sean Shallow) so a room full of employees can hear " don't' give us any of your diseases here". I had just gotten tested by the Arizona health department for HIV, RPR, chlamydia/ gonorrhea penis and mouth and by Concentra for T. B. they all were negative. *A false statement and acted with malice and publication to a third party Jane Doe2. Slander/libel intentional tort &42 U.S.C. § 12203 SEC (503*

Incident 5

Few hours later that same day in August 2010, Jane Doe3 Caucasian female about 125 lbs. about 5 5 – 5 6 in height look to be in her forties same day while I was looking told another co-worker Jane Doe4 Caucasian female look to be in her late mid-twenties long jet black hair with a bang about 5 6 in height 130lbs who previously clearly made advances to me, Sean Shallow ; Jane Doe4 complemented my clothes and my appearance, in the manner someone will when interested in pursuing a more than friendship relationship to put a ring on her left ring finger (the ring had a light blue gem stone in the middle of it) so it will appear to me like she was engaged and the previous advances to me, was just a compliment and not an advance. *42 U.S.C. § 12203 SEC (503*

Incident 6

In October 2010 while working out in the field drawing blood a patient came to have her blood drawn by me and get a flu shot. from the nurse Jane Doe2., Nurse Jane Doe2 African American female about 5 7 in height 120 lbs about thirty years of age really bad attitude like the world owe her something an employee of Mollen Immunization clinic / third party U S agency investigator told Jane (patient) Doe2 "you taking a huge risk by having your blood drawn by him" (meaning me Sean Shallow) after I was finish drawing Jane patient Doe2 blood, she even made a comment "see that didn't hurt and no one got sick". *42 U.S.C. § 12203 SEC (503*

Incident 7

In October to make up hours I was allow to work in another department Data verification On the first day I was told to go work with Jill a Mollen immunization employee third party U S agency investigator So she can train me, without any cause or provocation she stated to me in a room full with other employees "that the disease(HIV) have two stages don't worry they will catch it in the Second stage, *Slander/libel tort intentional false statement and acted with malice and publication to a third party 42 U.S.C. § 12202 SEC 502* I remember my insides and stomach feeling like someone had just kick me in it but I stayed calm and acted like it wasn't said, and asked her to show me the difference between the rail road Medicare and the Medicare part A&B again.

Incident 8

While working in data verification department most of the staff / employees, refused to use the universal computer set up for all employees to sign in and out; if I attempted to use it to sign in, they

will say the computer is down for sign in then when I go out of the room they will clean it and then say it's back up.

For the duration of working in the verification department I would have to sign in using paper sign in sheet they will say my password is not working or have me write the pay roll department an email to have them sign me in and out for that day. Some employees were also given the opportunity to go work in another building, every day the lead personnel will ask who would like to go work in the other build you can. *__I was discriminated (definition prejudiced or prejudicial outlook, action or treatment) perceived as being HIV positive (definition an impairment that substantially limits one or more major life activities or being perceived as having such an impairment to include disease of the immune system(HIV). \The ADA makes conforming amendments conform the employment related provisions of the ADA with parallel provisions or the tittle of the civil rights act of 1964 the latter amendments changing the language of tittle 1 to provide that (no entity Mollen Immunization Clinic)shall discriminate against a qualified individual on the basis of (perceived) disability. ADA 1990 finding chapter 126 see 12101 congress finds that people who are regarded / perceived as having a disability also have been subjected to discrimination. & 42 U.S.C. § 12203 SEC (503),__*

Incident 9

In November the supervisor (first name)Nick (last name initial) L. Caucasian male slim built 5 9ish in height look to be in his early thirties came out of his office he wore a polo shirt tucked into his slacks, in front of two adjacent rooms, full with approximately twenty or more employees, while looking at me in a clear loud voice after I returned from the rest room so everyone can hear as he broadcasted "dude something is wrong with you, you need to see a doctor is that violating your HIPPA rights. He was referring to my frequent use of the rest room and perceived me as having an STD. I remember having to bring my lab results to show Arie she was in charge of dealing with us on a daily basis and helping us out in the verification department. She told Nick L. it's all good and his response was I have to see those results for myself to believe it, she repeated to him, trust me I saw them it's all good. . *__I was discriminated (definition prejudiced or prejudicial outlook, action or treatment) perceived as being HIV positive (definition an impairment that substantially limits one or more major life activities or being perceived as having such an impairment to include disease of the immune system(HIV). \The ADA makes conforming amendments conform the employment related provisions of the ADA with parallel provisions or the tittle of the civil rights act of 1964 the latter amendments changing the language of tittle 1 to provide that (no entity Mollen Immunization Clinic)shall discriminate against a qualified individual on the basis of (perceived) disability. ADA 1990 finding chapter 126 see 12101 congress finds that people who are regarded / perceived as having a disability also have been subjected to discrimination., 42 U.S.C. § 12203 SEC (503 & Slander/libel tort intentional false statement and acted with malice and publication to a third party__* November 20th was my last day at Mollen Immunization Clinic, I wasn't kept on after the season. **See Crawford v. Medina Gen. Hosp., 96 F.3d 830, 834 (6th Cir. 1996)**

November 2010 the Saturday before I relocated back to New York on my way to work there were three helicopters that followed me thinking I was leaving to come back to New York because on the phone I gave Carla Shallow the wrong day I was going to leave. I was not allow to drive back to new york but had to have my car ship and the third parties US agency personnel through Sylvia Shallow paid the fee $800.00. *__42 USC 1985 (3) Depriving persons of rights or privileges, 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment see Monroe v. Pape, 365 U.S. 167, 81 S. Ct. 473, 5 L. Ed. 2d 492 (1961).__*

November 2010 I attempted to retain proper counsel but was block from hiring counsel by the third party US agency. I also tried visiting Congress man chuck Schumer's office I was met in the lobby by a young African American female showed her the letter I wrote back in August 2010  but was block from by the third party US agency instead Sylvia Shallow was sent to negotiate for them and offer me 9 thousand dollars and stated that I can move anywhere I want now. I refused the money so the Third party personnel did everything in their power to stop me from complaining or suing. They continued to put fungus and bacteria in my food mood altering drugs and prescription narcotics. They also prevented me from buying things to practice my religion. *__42 USC 1985 (3) Depriving persons of rights or privileges, 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 6th 8th & 14th amendment__*

December 2010 I went to the department of health and human service in Ft Greene and got tested again for HIV syphilis GC/ chlamydia all negative Sylvia Shallow ask me why are you getting tested so much. The labor department instead of let my unemployment go to the tier 4 they put 6 thousand dollars on my unemployment.

I was being blocked from practicing some of my religious belief and in March 2011 decided to visit Dominican republic to seek help religiously. On the way back to the USA while at the airport in Dominican Republic I purchase food from Burger King, a Caucasian male U S agency third party investigator gave the employee a substance to put into my food and the employee stated I want to see this happen he reply it will happen by tomorrow the next day my lip broke out and I got sick with the cold / flu. I continued to try and get an apartment or room to move but wasn't allowed to because they wanted me to stay living at Sylvia shallow until they got what they wanted which was make a deal and then go away until the stature of limitation expired. I continued to refused any deal offer I said I didn't want any blood money the third party U S agency didn't even want me to go outside, the water in the pipe was lace the food was lace they try to keep me high . So she decided to a five thousand dollar gift to help get me an apartment but was then told to go away until the statute of limitation expired, I return to Dominican Republic but was harass & discriminated there so I return to America on my return ICE questioned me and I explain to them what was going on and why I went to DR twice, I then move to NJ but the discrimination, harassment and deformation continued. . *__42 USC 1985 (3) Depriving persons of rights or privileges, 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment,(RFRA) 42 U.S.C. § 2000bb through 42 U.S.C. § 2000bb-4 See Sherbert v. Verner, and Wisconsin v. Yoder &336 F.3d 1181: Brenda Brown, Plaintiff-appellant, v. City of Tucson.__*

April 2011 The labor department then fined me about two thousand dollars even though I wasn't supposed to be on unemployment insurance later on while at work at emergimed I was offer that two thousand dollars back by a Caucasian male who came in as a specimen driver / U S agency third party investigator and at a hearing I requested because I disagreed with the fine someone at the labor department on a side bar unofficially told me they owed me. *__42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment__*

In April 2011 I to Ft Greene department of health Brooklyn, NY with a young lady I was suspicious of because the US agency third party personnel were using my online dating to put women in my life with diseases. While waiting to get tested she told me she had HPV we stayed friends and only friends both of our HIV test where negative. I then rented a room in Elizabeth NJ on Park street, a fake drug dealing ring was set up in the neighborhood by law enforcement personnel, they will act like they were selling drugs then leave and on a few occasion people acting like junkie will then approach me to see if I was selling drugs.  One of these personnel after hearing me singing Beyonce sound what goes around comes around I think was the lyrics, he turn and said you need to tell her that Camille Frederick Goode, I reply I was just singing a sound I thought you were a drug dealer. ***Attempt 2C:2-12 or 40.05 Entrapment 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment***

After just reaching my peek and couldn't take any more and realized that I wasn't going to be able to retain counsel or get someone to help me I decided to go and try and complain at the EEOC in May 2011 again there were resistance I took the paper work and return on May 11th 2011, to my surprise it was accepted and stamped. It was later changed (a fraudulent copy to say what the third party U S agency personnel wanted it to (GINA). I also tried to report the grouping incident where my Supervisor Sterling Johnson grab my penis while on the phone at work a sexual assault. I went to the 19 precinct they took the statement but said they lost it, I return a second time they took the statement again but stated they lost it again, I went to the DA's office to report it but was told to go seek psych help to talk to someone about what happen. ***42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment***

The EEOC officer called me to talk about the case he told me that what had happen wasn't sexual harassment I even printed him the definition of sexual harassment from the EEOC web site but then was told that the EEOC was going to stay neutral and issue right to sue letters and alert the employers that a complaint has been made against them. I waited a week the letters didn't arrive in the mail so I call the investigator and told him I even volunteer to come in a pick them up but was told that he will re-mail them. Another 5 thousand dollars was put on my unemployment I got peeved and explain the EEOC officer that this isn't what I want to be doing sitting around collecting unemployment insurance. The letter finally arrive in the mail and a few weeks later, In June 2011 I was called in for two job interview I decided to go with Bio Reference Lab, On the first day of work about twenty strangers stated to me all she did was lie. Same day during orientation a white Caucasian male about 6 ft 200 pounds U S agency personnel said to me we are not going to make it a criminal matter with Sterling we will keep it as a civil matter. The next day I had computer training with one other person she was a Caucasian female about 5 5 in ht 150 – 160 pounds U S agency personnel who stated to me we had to check and see if you were selling drugs. ***42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment***

August 2011 after being told by an African American female U S agency investigator quote Sean you don't have to do anything we know what happen we will take care of it and by an African American male U S agency investigator who continually told me about a 75 thousand dollar payment / grant he also tried to sell me lube because they could see me using triple antibiotic cream as lube my room was broken into and  my acer lap top computer, 32 inch plasma TV, Sony music system, digital camera, phone charger was stolen and holes were punch in my air mattress on a regular basis and  my car computer was set so the car could only drive to 50 mile per hour and my water pump was broken.
I was then threaten by two male one African American in his late twenties early thirties about 6 ft in ht

1 90lbs and the other Hispanic 5 8 in ht 160lbs and a African American female about 5ft 8-9 inches about 180lbs all U S agency law enforcement personnel who stated that we took your stuff to make it easier for you to move with your wife & if you don't move we will beat your ass every day till you moved for three days I was threaten I even try to shake his hand he said I don't want to shake your hand I want to fight so on September 1st 2011 became homeless I moved into my car and got my deposit back from the land load. I was now being harass to go get tested again I was being told that they wanted another battery of test and on September 5th I attempted to go to the Jersey city department of health but was refused so I went back to Ft Greene department of health Brooklyn, NY I was tested for HIV & syphilis HIV was negative then my underwear was tampered with a big sepsis hole was put in the back of my penis and two huge bumps on my testicle I was told by a Jerry Durham that I had to go and give more blood when I went to the department of health in Brooklyn they said it was a skin problem and ask for another tube of blood I gave it to them all my results were negative. *__42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment__*

In October 2011 Kim an African American female 6 ft 170lbs U S agency third party investigator stated well at lease we have one HIV test from you, while at work a needle safety device was tampered with so when I press down on it broke it was meant to have me stuck by a used patient needle, they also put stuff in the soap so after I wash my hands and touch myself my lip broke out with fungus I started put beach on it, I was told to put bleach on it and my penis by Jerry Durham he stated that it will go away in two or three day if I do and it worked. *__42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment__*

In November 2011 On my way back from work heading to New York the car was cut off on the side of the Highway about ½ mile away from the Pulaski bridge and a fuel injector was broken by the third party U S agency law enforcement which made the car a moving bomb and could of explored when I start it, I had to sleep in the car that night and tow it the next day when I open up the intake valve cover there was like ½ gallon of gas in the engine but was unable to get the car started because it had a cut of switch and it was activated when I finally got it started a device was put into the engine you could hear the knocking and when I was on my way home they blow a chunk of the engine block out to the U s agency investigators continually attempted to give me a car to and settle a law suit filed againt the employers. *__42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment__*

December 2011 (1) Dr. Hamada came in the lab at work Emergimed and put his hands on my sweater and apply a substance that caused my forehead and on top of my head to have a 3 inch discoloring mark and a ½ inch discoloring mark that's visible to the eye in order to identify me any way I go.(2) At Union county Jail where I went to draw blood from in mates a last patient was added to the draw list by a Patricia Nelson u S agency investigator the patient had AIDS and he attempting to get me stuck with a his needle, he was directed to do so from the third party U S agency personnel. (3) I was told to move out of the storage area I live in by a Caucasian male 6 ft 1 inch 230 lbs in his sixties who moved to the storage area and live out of a camper with Texas license plate. When I went to rent the u hall truck an African American male early thirties about average height stated let's give you twenty thousand dollars more the five was a down payment. *__42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment__*

February 2012 Mrs. West the director of the medical staff at Union county Jail Elizabeth NJ after seeing all the stuff that was being done to me got tired and with an angrily voice stated Prada that's it no more Prada that's it no more you guys are finish here this is it time to leave him (meaning me Sean Shallow)alone. February – March 2012 Officer William partner Caucasian male in his forties about 5 ft 8inches in ht 220 lbs at UNION COUNTY JAIL while entering the jail to go to work decided to check my wallet which wasn't a protocol to enter into the building, so I ask if they even have to check my wallet and then reach to take it from Officer Williams partner, he was finish his search of my wallet but Officer William attempted to start a fight with me and stated I was moving in an aggressive manner to his partner I moved away from him he came at me again I moved away from him again officer William also stated to me that I should drop the law suit because I wouldn't get the financial rewards I'm expecting. March 2012 at Emergimed while at work a Hispanic male after drawing his blood hit my hand with his used needle so I can stick myself with the used needle if the safety device wasn't halfway down I would have been stuck with the dirty used needle . . *__42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment__*

In April 2012 while at work at Emergimed I was visited by an African American woman in her late thirties about 5ft 6 inches in height average built a U S agency third party personnel, she stated why don't you file a suit under GINA or just sign off on the military for 30 thousand dollar and let them pay for your college. May 2012 I was ask by Dr. Ben Chouake if I want them to give Carla shallow or C the rest of the money, I never answer because I didn't make any deal to receive any money with any one, this was right after I drew a lav tube of blood and they ran the remaining 2 mls left in the tube for prognosis HIV testing that was negative because I was told they wanted to double check. . *__42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment__*

In June 2012 I visit Sylvia Shallow to get her to ship my heat press machine to Trinidad where I was relocating & decided to take a shower at her apartment, she came into the bath room and step on my underwear with her left big toe intentionally and put a substance on the inside of the under wear that caused a huge bump on the base of my penis she is helping the U S agencies in order to get money that I was told she was paid to settle the cases for with without my authority.(I file bankruptcy in 2007 and owe no bills or money to anyone. (2) Because I refused to believe in the notion that Jesus is god and had my own belief I was label an Islam & a terrorist Even in Trinidad I had to tell Stan U S agency personnel that I'm not Muslim (3) While in Columbia where I visited to vacation before I relocated to my birth country the U S agencies personnel follow me there and I was Isolate in a hotel by myself and pump either T. B virus or stuff to trigger my allergies in through the air condition they also continued to tamper with my food and try to keep me from leaving Columbia I had to threaten to call Trinidad and Tobago government then they stamp my passport. . *__42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment. ,(RFRA) 42 U.S.C. § 2000bb through 42 U.S.C. § 2000bb-4 see Sherbert v. Verner, and Wisconsin v. Yoder & Monroe v. Pape, 365 U.S. 167, 81 S. Ct. 473, 5 L. Ed. 2d 492 (1961).__*

July 2012 put a cutoff switch in my car in Trinidad and a governor on it so it can't go over 75 km pr. Hr.

and put a substance in a cream prescribe by Dr. Longo to remove the mark on my forehead that causes the vein on my penis to blow up and become hard to the touch, I was using the cream as lube.
I was also told by a stranger my neighbor went by the name Stan a U S agency employee that they were still looking for my 1st HIV test that I took when I enlisted in the US Army. *42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment*

In August 2012 U S agency employee destroy my embroidery machine tamper with the computer so it can't be used so I can't to produce shirt to sell after I landed in New York on my return from Trinidad & Tobago. *42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment*

In September – November 2012 feed yeast aka tuna smell as they refer to it U S agency personnel and put a hole on the left side of my Levi Jeans to show that the left side of my penis has a vein that blown up from the stuff they put in my cream prescribed by Dr. Longo to remove the spot on my forehead I used it as lube it's another trick to intimidate me. I also tried to obtain the files of the investigation under the FOIA but either got no response or the response I received had nothing to do with my request.*42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment& violation of FOIA*

In December 2012 I was feed poison Ivy for the second time (1st was approximately April-May 2012 I had to seek medical assistant from three different doctors and sat in the emergency room for couple of hours) which broke my mouth out they also put a substance in my food to cause the muscles in my lower back to go limp so it couldn't support my spine to cause extreme pain because of a chronic back injury herniated disc, I was even ask to see my medical history on 12/02/2012 in family court by the judge. Sylvia Shallow in December on instruction from the third party U S agency after I consume the substance to enrage me took a chair my foot was resting on and slam it down on my foot to cause a fight to try and get me luck up or put in a mental facility to be able to sign off on any deal so she and Carla Shallow can receive money, I was told in 2012 that they paid her 33 thousand dollars and to go pick up the money from her I never did *42 USC § 1985 SEC (2)(3), 42 USC § 12203(a) Retaliation (b) Interference, coercion, or intimidation(c) Remedies and procedures & violation of 8th & 14th amendment*

## RELIEF

The court should grant me relief because the defendants intentionally (tort) Discriminated, Harass, Retaliated & Slander/ Libel me. After knowing that I wasn't ill with any transmittable disease, not a gangster, drug dealer, child molester and counterfeiter or a harm to the public safety since July 2010 my six amendment right shouldn't have been violated and the intentional (tort) discrimination, harassment, retaliation & slander/libel should have stop.

## DEMAND

$1,000,000.00 Monetary damages, for pain and suffering, physical & mental torture loss wages and loss potential profits from clothing and music company & stolen/destruction of private property.

## Permanent injunction against the defendant from performing certain acts in the future:

Attempting murder trying to make it look like an accident (tamper with electric cord to electrocute me which cause a two feet high fire, feed me mood altering drugs that cause extreme depression to have me commit suicide also stop feeding me fungus bacteria sepsis or any virus or substance, Stop putting women veer internet dating or in person with disease in my life to give me HIV, Hepatitis Herpes or any other disease.) Stop threatening me and tapping my phone computer or putting recording devices in my apartment or any place that I reside. Stop steeling & destroying my private property and cars to include the car in Trinidad and Tobago. Stop all slander/libel (Per Se allegation or Imputations of criminal activity & loathsome disease) Stop trying to get me to move to a foreign country of their choice instead of letting me move to my birth country.

**Any further relief which the court may deem appropriate I. E.:** forwarding the complaint to the appropriate authority to see if criminal charges or reprimand need to be brought against the parties involve.

### The Defendants are United States Agencies And Carla Shallow & Sylvia Shallow

NY State Human Rights Commission
Agency Building 1, 2nd Floor,
Empire State Plaza
Albany, New York 12220

NY City Human Rights Commission
275 Livingston Street, 2nd Floor
Brooklyn, NY 11217
718.722.3130

U.S. Marshal: Joseph R. Guccione
500 Pearl Street
Suite 400
New York, NY 10007
(212) 331-7200

U.S. Marshal: Donald M. O'Keefe
U.S. Courthouse/Phillip Burton Building
450 Golden Gate Avenue, Room 20-6888
San Francisco, CA 94102
(415) 436-7677

U.S. Marshal: Juan Mattos Jr.
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 645-2404

U.S. Marshal: David Gonzales
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., SPC 64, Suite 270
Phoenix, AZ 85003-2159
(602) 382-8768

NYS Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12240

Arizona Department of Health Service
150 North 18th Avenue
Phoenix, Arizona 85007

Human Health & Service Washington, D.C.
64 New York Avenue NE, 6th Floor,
Washington, DC 20002

Human Right Commission Washington, D. C.
441 4th Street NW, Suite 570 North
Washington, DC 20001

Office for Civil Rights
U.S. Department of Health and Human Services
200 Independence Avenue, S.W
Room 509F HHH Bldg.
Washington, D.C. 20201

New York Police Department
1 Police Plaza
New York, NY 10038

701st MP Group (CID)
7701 Telegraph Rd
Alexandra, VA 22315
Telephone: (703) 428-7254

San Francisco Department of HHS
90 Seventh Street
Federal Building, Suite 5-100
San Francisco, CA 94103

New Jersey State Department of Human Rights & Health Human Service:

| | | |
|---|---|---|
| 121 Newark Avenue | 50 Winfield Scott Plaza | 1 Journal Square Plaza |
| Jersey City | Elizabeth, NJ | Jersey City, NJ 07306 |
| (201) 547-5611 | (908) 820-4073 | Tel: 201-547-6800 |

Carla Shallow
49 Crown Street 20L
Brooklyn, NY 11225

Sylvia Shallow
49 Crown Street 18H
Brooklyn, NY 11225

City/State: Brooklyn, NY
Dated: December 31, 2012

*[signature: Seghn Shallow]*

Address: 49 Crown Street 18H

Zip Code: Brooklyn, NY 11225

Telephone: (201) 875-0777